Matter of Melish v Rinne (2024 NY Slip Op 01656)

Matter of Melish v Rinne

2024 NY Slip Op 01656

Decided on March 22, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 22, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, NOWAK, AND KEANE, JJ.

254 CAF 23-01473

[*1]IN THE MATTER OF TARA J. MELISH, PETITIONER-APPELLANT,
v
JEFFREY J. RINNE, RESPONDENT-RESPONDENT. (APPEAL NO. 1.) 

TARA J. MELISH, PETITIONER-APPELLANT PRO SE.
JEFFREY J. RINNE, RESPONDENT-RESPONDENT PRO SE. 
MICHELE A. BROWN, BUFFALO, ATTORNEY FOR THE CHILDREN. 

 Appeal from an order of the Family Court, Erie County (Deanne M. Tripi, J.), entered August 31, 2023, in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of Melish v Rinne ([appeal No. 2] — AD3d — [Mar. 22, 2024] [4th Dept 2024]).
Entered: March 22, 2024
Ann Dillon Flynn
Clerk of the Court